**MARCAL PULP & PAPER, INC.,**
Petitioner,

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 12884.

United States Court of Appeals
Third Circuit.

Argued June 12, 1959.

Decided Aug. 11, 1959.

Richard W. Wilson, New York City, for petitioner.

Charles B. E. Freeman, Washington, D. C. (Chas. K. Rice, Asst. Atty. Gen., Lee A. Jackson, Robert N. Anderson, Attorneys, Department of Justice, Washington, D. C., on the brief), for respondent.

Before BIGGS, Chief Judge, and McLAUGHLIN and STALEY, Circuit Judges.

PER CURIAM.

We can perceive no error in the reasoning or the decision of the Tax Court. Accordingly that decision will be affirmed on the thoughtful opinion of Judge Forrester, 30 T.C. 1345.

**SERVICE STAGES, INC., Appellant,**

v.

**GREYHOUND CORPORATION et al.,**
Appellees.

No. 17612.

United States Court of Appeals
Fifth Circuit.

July 24, 1959.

Appeal from the United States District Court for the Northern District of Georgia; Frank A. Hooper, Judge.

Hal Lindsay, Ellis Arnall, H. Fred Gober, Randolph Hayes, Arnall, Golden & Gregory, C. E. Gregory, Jr., Atlanta, Ga., for appellant.

E. Smythe Gambrell, Charles A. Moye, Jr., Gambrell, Harlan, Russell, Moye & Richardson, Atlanta, Ga., John W. Chambers, Atlanta, Ga., of counsel, for appellees.

Before JONES and BROWN, Circuit Judges, and WRIGHT, District Judge.

PER CURIAM.

We find ourselves in agreement with the opinion of the District Court, Service Stages, Inc. v. Greyhound Corporation, 170 F.Supp. 482. For the reasons which it has given its judgment is

Affirmed.